OFFICE U.S. DIST. COURT
ROANOKE, VA
FILED

MAR 14 2014

[signed] TAYLOR, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MALCOLM MUHAMMAD, | ) |
| Plaintiff, | ) Civil Action No. 7:13cv578 |
| v. | ) FINAL ORDER |
| C/O SMITH, ET AL. | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Defendants. | ) |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Muhammad's 42 U.S.C. § 1983 complaint is dismissed pursuant to § 1915(e)(2). Accordingly, this matter is **STRICKEN** from the court's active docket.

ENTER: March 14, 2014

[signature]

UNITED STATES DISTRICT JUDGE